UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUL 14 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

ROSALBA ORTIZ

RECOG# NEW 0470
CR-05-148-10

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, FIVE THOUSAND DOLLARS, ($5,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 11th day of JULY, 2008.

Ordered that the sum of FIVE THOUSAND DOLLARS, ($5,000.00), be paid to RITMA N. AYALA, 314 ½ 14TH STREET, # 1, UNION CITY, N.J. 07087.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JUL 14 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

ROSALBA ORTIZ

RECOG# NEW 0470
CR-05-148-10

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TWENTY-EIGHT THOUSAND DOLLARS, ($28,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 14th day of JULY, 2008.

Ordered that the sum of TWENTY-EIGHT THOUSAND DOLLARS, ($28,000.00), be paid to ROSALBA ORTIZ, 314 ½ 14TH STREET, # 1, UNION CITY, N.J. 07087.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT